UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| YU ZHOU, <br><br> Petitioner, <br><br> v. <br><br> WARDEN of Limestone County Detention Center; PAUL MCBRIDE, Acting Field Office Director of the Houston Field Office of Immigration and Customs Enforcement; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAM BONDI, U.S. Attorney General, <br><br> Respondents. | CIVIL NO. 6:26-CV-00030-ADA-DNM |

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is Petitioner Yu Zhou's ("Petitioner") Petition for Writ of Habeas Corpus under 26 U.S.C. § 2241, filed on January 21, 2026. Dkt. No. 1. On January 22, 2026, this Court ordered the Federal Respondents to show cause as to why the original petition should not be granted. Dkt. No. 3. Respondents filed their response on January 26, 2026. Dkt. No. 4.[1] Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's Petition for Writ of Habeas Corpus should be denied.

The Fifth Circuit has recently rejected Petitioner's statutory argument in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. No. 25-20496, ---- F.4th ---- 2026 WL 323330, at *1 (5th Cir. Feb. 6, 2026). The Court finds it is bound by the Fifth Circuit's recent

---

[1] The Court recognizes that a Report and Recommendation was filed on February 9, 2026, which recommended the petition be granted. *See* Dkt. No. 5. However, though filed on February 9, it was **signed** February 6—concurrently with the Fifth Circuit's decision in *Buenrostro-Mendez*. The Court therefore finds that *Buenrostro-Mendez* will control here.

decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225 rather than § 1226.

The Court has likewise denied similar habeas relief on constitutional grounds, as well as challenges brought under the Administrative Procedure Act. *See Rodriguez Hernandez v. Collins, et al.*, No. 1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026). The Court incorporates by reference its prior analysis denying habeas relief in *Rodriguez Hernandez.* For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on March 12, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE